729 A.2d 69

### METHODIST HOSPITAL

v.

### John CAMPISI and Daniel Del Collo, Jr., Esquire.

### Petition of Daniel Del Collo, Jr., Esquire.

Supreme Court of Pennsylvania.

May 7, 1999.

P.A.T. Cardy, Philadelphia, for petitioner.

## *ORDER*

PER CURIAM:

AND NOW, this 7th day of May, 1999, the Petition for Allowance of Appeal is GRANTED limited to the issue of whether petitioner's letter of protection directed to respondent created an enforceable contract.